# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT CALLENDER, II,
                Appellant,

vs.

KIMBERLY STONESTREET;
GREGORY PAYETTE; BENJAMIN
GLEN; AND DELTA AIR LINES, INC.,
                Respondents.

No. 72609

**FILED**

AUG 10 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
      DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to set aside a dismissal pursuant to RNCP 60(b). Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed more than thirty days after service of written notice of entry of the judgment or order. *See* NRAP 4(a)(1); NRAP 26(c). The district court entered its order on January 24, 2017, and written notice of entry was served on appellant by mail on January 25, 2017. Appellant filed his notice of appeal on March 9, 2017, well after expiration of the 30-day time period. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Joanna Kishner, District Judge
           Robert Callender, II
           Fisher & Phillips LLP
           Law Offices of Thomas D. Beatty
           Eighth District Court Clerk